UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TONY FALWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-1820 (ESH) |
| v. | ) |
| | ) |
| THE DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

JOINT MEET AND CONFER STATEMENT

Pursuant to Local Civil Rule 16.3, Fed. R. Civ. P. 26(f), and this Court's Order of November 1, 2007, counsel for all parties have conferred and hereby submit this joint report, including the following brief statement of the case:

Plaintiff is an employee of the D.C. Fire Department who brings this action against the District of Columbia and Assistant Fire Chief Brian Lee, Battalion Fire Chief Bruce Faust, and Sergeant Phillip Proctor. Plaintiff claims that defendants unlawfully searched and seized his personal property. He also alleges that defendants are improperly seeking the termination of his employment in a consolidated disciplinary hearing that involves related charges against two other firefighters. Plaintiff seeks relief under 42 U.S.C. § 1983 and 42 U.S.C. § 1985, as well as the common law of the District of Columbia. Defendants deny all allegations of wrongdoing and state that any search or seizure of property was pursuant to lawful authority and plaintiff's consent and that the challenge to a consolidated disciplinary hearing is now moot since notice has been given that plaintiff will receive a separate hearing.

The parties also address the topics in Rule 16.3(c) as follows:

1.   <u>Dispositive Motions</u>:  Defendants believe that this case may be disposed of by motion after the close of discovery.

2. <u>Joinder of Parties and Amendment of Pleadings</u>:  The parties propose that the deadline for joinder of parties or amendment of pleadings be thirty (30) days after the entry of a scheduling order.

3. <u>Magistrate Judge</u>:  The parties do not wish to have this case assigned to a magistrate for all purposes.

4. <u>Settlement</u>:  There does not appear to be a realistic possibility of settlement at this time.

5. <u>Alternative Dispute Resolution</u>:  The parties might benefit from mediation upon the conclusion of discovery and resolution of any dispositive motions.

6. <u>Summary Judgment</u>:  The parties request thirty (30) days after the close of discovery to file any dispositive motions; thirty (30) days thereafter for oppositions; and fifteen (15) days thereafter for replies.

7. <u>Initial Disclosures</u>:  The parties have agreed to dispense with initial Rule 26(a)(1) disclosures.

8. <u>Discovery</u>:  The parties request a limit of twenty-five (25) interrogatories and five (5) depositions per side, excluding expert witnesses.  The parties also request that written discovery requests be submitted within forty-five (45) days of the entry of a scheduling order, and that all discovery be completed within 180 days of the entry of such order.

9. <u>Experts</u>:  The parties propose that plaintiff's expert disclosures be served within 120 days after the entry of a scheduling order, and that defendants' expert disclosures be served thirty (30) days thereafter.

10. <u>Class Actions</u>:  Not applicable.

11. <u>Bifurcation</u>:  There does not appear to be the need for bifurcation of discovery or trial at this time.

12.     Pretrial Conference:  The parties request that the Court schedule a pretrial conference to follow the resolution of any dispositive motions.

13.     Trial:  The parties request that a trial date be set at the pretrial conference.

14.     Other Matters:  The District of Columbia has requested that plaintiff retrieve his personal property, which is in part the subject of this lawsuit, from the District's office space.

A proposed scheduling order is attached hereto.

                                                       Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

/s/ Lathal Ponder /s/                               GEORGE C. VALENTINE
Lathal Ponder, Esq.                                Deputy Attorney General, Civil Litigation Division
Law Office of Squire Padgett
1111 14th Street, N.W., Suite 820
Washington, DC 20005                         /s/ Phillip A. Lattimore, III /s/                        
(202) 216-4980                                      PHILLIP A. LATTIMORE [422968]
*Counsel for Plaintiff*                            Chief, General Litigation Section III


/s/ Carl J. Schifferle /s/                        
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TONY FALWELL,                           )
                                        )
        Plaintiff,                      )
                                        )  Civil Action No. 07-1820 (ESH)
    v.                                  )
                                        )
THE DISTRICT OF COLUMBIA, *et al.*,     )
                                        )
        Defendants.                     )
                                        )

SCHEDULING ORDER

Upon consideration of the joint meet and confer statement of the parties, it is hereby ORDERED as follows:

1. Initial disclosures are not required.

2. Amended pleadings shall be filed no later than December 20, 2007.

3. Written discovery requests shall be served no later than January 4, 2008.

4. Plaintiff's expert disclosures are due no later than April 21, 2008; and defendants' expert disclosures are due by May 21, 2008.

5. Discovery shall close June 20, 2008.

6. Dispositive motions shall be filed no later than July 21, 2008; any opposition shall be filed by August 20, 2008; and any reply shall be filed by September 4, 2008.

7. Each side is limited to twenty-five interrogatories and five depositions (excluding any expert witnesses).

SO ORDERED on this _____ day of _____, 2007.

_____
ELLEN SEGAL HUVELLE
United States District Judge