UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TONY FALWELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-1820 (ESH) |
| | : | Judge Ellen S. Huvelle |
| | : | |
| DISTRICT OF COLUMBIA, *et.al.,* | : | |
| | : | |
| _____ | : | |

**NOTICE OF ENRY OF APPEARANCE**

The Court will please enter the appearance of Assistant Attorney General Kerslyn D. Featherstone on behalf of the Defendants in the above matter.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_____/s/ Phillip A. Lattimore, III_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 442-9874
(202) 727-3625 (fax)
E-Mail: Phillip.lattimore@dc.gov

1

                    */s/ Kerslyn D. Featherstone*
                    KERSLYN D. FEATHERSTONE [478758]
                    Assistant Attorney General
                    441 Fourth Street, N.W.
                    Sixth Floor South
                    Washington, D.C. 20001
                    (202) 724-6600
                    (202) 727-3625 (fax)
                    E-mail: Kerslyn.Featherstone@dc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Praecipe was served via Electronic Case Filing on this __31st__ day of January, 2008 to:

Lathal Ponder, Esq.
LAW OFFICE OF SQUIRE PADGETT
1111 14th Street, N.W.
Washington, DC 20032
*Counsel for Plaintiff*


                    ___*/s/* Kerslyn D. Featherstone_____
                    Kerslyn D. Featherstone
                    Assistant Attorney General